# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**V.**                       **CASE NO. 5:21-CR-50045**

**MICHAEL HENDERSON LECLAIRE**                               **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 30) filed in this case on November 29, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter.  *Id.* at ¶ 5.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, Defendant's guilty plea is accepted.  The written plea agreement will be subject to final approval by the undersigned at sentencing.

**IT IS SO ORDERED** on this 30th day of November, 2021.

                                                          */s/ Timothy L. Brooks*
                                                          TIMOTHY L. BROOKS
                                                          UNITED STATES DISTRICT JUDGE